UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXPERIAN INFORMATION SOLUTIONS CREDIT REPORTING LITIGATION | Case Nos. 16-cv-05703-TEH<br>16-cv-06354-TEH<br>16-cv-06373-TEH<br>16-cv-06374-TEH<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' COMBINED MOTION TO DISMISS** |

The Court, having considered the parties' Joint Stipulation to Continue the Hearing on Defendants' Combined Motion to Dismiss, hereby continues the motion to dismiss hearing date to April 24, 2017.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated:     03/13/2017

_____
Honorable Thelton E. Henderson
United States District Judge

1